IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRYANT POUNCY, <br> Reg. No. 17401-002, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:22-cv-201-ECM <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On August 29, 2025, the Magistrate Judge entered a Recommendation (doc. 28) to which no timely objections have been filed.[1]  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.	The Recommendation of the Magistrate Judge (doc. 28) is ADOPTED;

2.	The Petitioner's 28 U.S.C § 2255 motion (doc. 1) and amendment (doc. 21) are DENIED without an evidentiary hearing;

3.	This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

---

[1] Objections were originally due by September 12, 2025. (Doc. 28 at 30).  On September 22, 2025, the Magistrate Judge granted the Petitioner's motion for extension of the objection deadline and ordered him to file any objections by September 26, 2025. (Doc. 30).  To date, no objections have been received by the Court.

DONE this 29th day of September, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE